# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SUZANNE CHANG,<br><br>           Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. EDCV09-1038 SGL (OPx)<br><br>**ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE**<br><br>Complaint Filed: May 18, 2009 |

Having considered the stipulation of the parties, the Court dismisses the Complaint without prejudice.

IT IS SO ORDERED.

Dated: June 11, 2009

*[signature]*

HON. STEPHEN G. LARSON
UNITED STATES DISTRICT COURT JUDGE

-1-
W02-WEST:8SZP1\401581884.2
EDCV09-1038 SGL (OPx)

ORDER DISMISSING
THE COMPLAINT WITHOUT PREJUDICE